FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
125 S. Citrus Ave., Ste. 101
Covina, California 91723

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | CV-00-12722 RMT (RZx) |
| ) | |
| Plaintiff, ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. ) | |
| ) | |
| FRANCISCO VARGAS individually ) | |
| and dba LA SUPER RICA ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Based upon the application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore,

The default judgment entered on June 1, 2001 against defendant, **FRANCISCO VARGAS individually and dba LA SUPER RICA** is hereby renewed in the amounts set forth below:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total judgment | $4,600.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a and b) | 4,600.00 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 4,600.00 |
| g. | Interest after judgment | 1,142.77 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | 5,742.77 |

DATED: 5/19/11       CLERK by Lori Muraoka
                              Deputy